FILED

JAN 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR-0100-LAB |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| ALEXANDER WALLACE MACLEAN, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about December 9, 2007, within the Southern District of California, defendant ALEXANDER WALLACE MACLEAN, did knowingly and intentionally import 22.0 kilograms (48.40 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/10/08.

KAREN P. HEWITT
United States Attorney

for J. PU

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
12/26/07