UNITED STATES DISTRICT COURT )  AUSA Bond Approval: __MIP__
UNITED STATES OF AMERICA     )
                             )  FILED
                             )  APPEARANCE BOND
        vs.                  )  08 FEB 29 PM 1:28
                             )  FOR CASE NUMBER 08CR 0100-LAB
__ALEXANDER WALLACE MACLEAN__)
                             )  CLERK, U.S. DISTRICT COURT
                             )  SOUTHERN DISTRICT OF CALIFORNIA
                                BY _____ DEPUTY

I, the undersigned defendant, and we, the sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally are bound to pay the United States of America the sum of $__30,000.—__, and there has been deposited in the Registry of the Court the sum of $__30,000.—__ in cash or the amount of the bond is secured by __NA_____. (describe other security)

The conditions of this bond are that the defendant is to appear as ordered by the United States District Court for the Southern District of California at San Diego, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above-entitled matter as may be given or issued by a Federal Judge or by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the State of California, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by a Federal Judge or the United States District Court for the Southern District of California or the United States District Court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. Further, the conditions of pretrial release set forth in the order filed in this matter and a part of the record therein are further conditions of this bond.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated by court order.

This appearance bond fully incorporates by this reference each surety addendum attached hereto for those Sureties to this bond.

This bond signed on __1/30__, 20 __08__, at __SAN DIEGO, CA__.

Defendant's Signature: _____

Surety's Signature: __(SAME)__

Surety's Signature: _____

Signature of Witness of Surety' Signature: _____

Signed and acknowledged before me, the witness, on __1/30__, 20 __08__.

Approved: _____, Federal Judge

K:\COMMON\CSA\forms\2005\BondForms.wpd

## ADVICE OF PENALTIES AND SANCTIONS

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, and a prosecution for contempt as provided in 18 U.S.C. § 401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years in jail and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant fails to appear or surrender and the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for another offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 1/30/08

_____
Signature of Defendant

K:\COMMON\CSA\forms\2005\BondForms.wpd

### AFFIDAVIT BY OWNER OF CASH SECURITY (complete if applicable)

I, ALEXANDER WALLACE MacLEAN , on oath say that the $ 30,000.— cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the address listed on page one of this surety addendum upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

### JUSTIFICATION OF SURETY AND SURETY AGREEMENT

I, _____, the undersigned surety, declare under penalty of perjury, that my net worth is the sum of $ _____ and that I have read and understand this two page Surety Addendum in its entirety. I further understand that by signing the appearance bond and this surety addendum to the appearance bond, I will be responsible for the defendant's appearances in court and the defendant's compliance with all conditions of release as ordered by the court. If the defendant does not appear or comply with the conditions of release, I will be required to pay the amount of the bond, any security I have posted may be taken by the Government to satisfy the bond, and a judgment may be entered against me. If judgment is entered against me a Judgment Lien will be filed with the County Recorder in all appropriate counties for the full amount of the bond.

I declare under the penalty of perjury that all information contained in this bond and on this Surety Addendum is true, accurate, and complete. (Penalty for false statements: $250,000 fine and/or five years imprisonment, 18 U.S.C. § 1001.)

Signature of surety: _____ Date: 1/30/08

Printed name and address of witness to surety's signature: VICTOR M. TORRES
2664 4TH AVE, SAN DIEGO, CA 92103

Signature of witness: _____ Date: 1/30/08

AUSA /MP (initials)        DEFENSE ATTORNEY ____ (initials)



RECEIVED
FEB 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Page 2 of 2   Surety Addendum

K:\COMMON\CSA\forms\2005\BondForms.wpd

CASE NAME: United States v **MacLean**   CASE NO. **08 CR 0100-LAB**

## BAIL INFORMATION SHEET

**Defendant Information:**

Name: ALEXANDER WALLACE MACLEAN

Date of Birth: 1/27/47   S.S.#: 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

Immigration status: US CITZ.   "A" Number: N/A

Home address: 1614 W. EL SEGUNDO BLVD., No. 5
GARDENA, CA   Home phone: (310) 324-1318

Employer's name: GORDON SMITH

Employer's address: 4211 E. FAIRHAVEN, ORANGE, CA 92869

Length of employment: 6 mo.   Work phone: (714) 588-3052

Name(s), address(es), and phone number(s) of person(s) with whom defendant will live during pendency of case. CHERYL SPEAKMAN
1614 W. EL SEGUNDO BLVD, No. 5
GARDENA, CA

Name(s) address(es), and phone number(s) of person(s) residing in United States who will know how to contact defendant; aside from sureties on this bond. TERRY TOUMARAS
7710 LAKE VISTA CT.
BRADENTON, FL. 34202   (941) 751-0713

**Defense Attorney Information:**

Name: V.M. TORRES   Address: 2664 4TH AVE
SAN DIEGO CA 92103   Phone: 619 232-8776

AUSA MMP (initials)