UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                )<br>         Plaintiff,         )<br> v.                             )<br>                                )<br> ALEXANDER W. MACLEAN,           )<br>                                )<br>         Defendant.         )<br>_____) | Case No. 08cr0100-LAB (BLM)<br><br>**ORDER FOR PAYMENT FOR REPRESENTATION** |

On December 11, 2007, the Court arraigned Defendant Alexander Maclean on the federal complaint. Doc. No. 2. After reviewing the filed financial affidavit [Doc. No. 4], the Court provisionally appointed, pursuant to 18 U.S.C. § 3006A, attorney Victor Torres to represent Maclean in this case. The Court found the filed financial affidavit to be insufficient, set a status regarding counsel for December 27, 2007 at 9:00 a.m., and ordered Maclean to file a more detailed financial affidavit by that date. Doc. No. 2.

On December 27, 2007, Maclean filed a more detailed financial affidavit. Doc. No. 5. Because Defendant's attorney failed to appear for the December 27th hearing, the Court continued the status hearing to January 10, 2008. <u>Id.</u> However, the Court reviewed the financial

affidavit and advised Maclean that he appeared to have sufficient funds to hire an attorney. Id.; see also Doc. No. 9.

On January 10, 2008, the Court confirmed its finding that Maclean had sufficient funds to pay his attorney's fees and costs. Doc. No. 7. Maclean did not dispute or challenge this finding. Id. Because Maclean had not hired an attorney and did not indicate that he wanted to do so, the Court confirmed the appointment of Victor Torres but ordered Maclean to reimburse the government for the costs of Torres' legal representation. Id. Maclean did not challenge this order. Id.

Because this case has not concluded, counsel has not yet submitted a Criminal Justice Act voucher requesting payment for the legal services provided to Maclean. Once this case is termed, counsel submits a CJA voucher, and counsel receives payment for his authorized services, the Clerk's Office will notify Maclean of the amount due and owing. Within thirty days (30) days of the Court's notification, Maclean is to submit full payment directly to the Clerk of Court for the Southern District of California, 880 Front Street, Suite 4290, San Diego, California 92101-8890.

**IT IS SO ORDERED.**

Dated: 04/16/08

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE LARRY A. BURNS
U.S. DISTRICT JUDGE

ALL COUNSEL