**VICTOR MANUEL TORRES**
California Bar No. 140862
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619)232-8776
Fax: (619)232-5854
lawforvatos@yahoo.com

Attorney for Defendant **Alexander Wallace MacLean**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR100-LAB |
| ) | |
| Plaintiff, ) | DATE: JUNE 9, 2008 |
| ) | TIME: 9:30 A.M. |
| vs. ) | |
| ) | ACKNOWLEDGEMENT OF NEXT |
| ALEXANDER WALLACE MACLEAN, ) | COURT DATE |
| ) | |
| Defendant. ) | |

I, ALEXANDER WALLACE MACLEAN, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of Court is June 9, 2008 at 9:30 a.m. for acceptance of plea, probation officer's report and sentencing hearing.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 5/22/08

_____
ALEXANDER WALLACE MACLEAN
Defendant