**VICTOR MANUEL TORRES**
California Bar No. 140862
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619)232-8776
Fax: (619)232-2326
lawforvatos@yahoo.com
Attorney for Defendant **ALEXANDER WALLACE MACLEAN**

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### (HON. LARRY A. BURNS)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No. 08CR0100-LAB** |
| ) | |
| **Plaintiff,** ) | **DATE: June 9, 2008** |
| ) | **TIME: 9:30 a.m.** |
| **vs.** ) | |
| ) | **MOTION FOR ORDER** |
| **ALEXANDER WALLACE MACLEAN,** ) | **SHORTENING TIME** |
| ) | |
| **Defendant.** ) | |
| ) | |
| ————————————————— ) | |

ALEXANDER WALLACE MACLEAN, Defendant, by and through his counsel, moves this court for an Order Shortening Time in his Motion for Downward Departure, filed on June 3, 2008 via the CM/ECF system herewith to six (6) days, to be heard June 9, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, for the following reasons:

Trial preparation in two other state court cases, difficulty scanning attachments for electronic filing and unusual press of business.

DATED: 6/3/08                              Respectfully submitted,

                                          s/ *VICTOR MANUEL TORRES*
                                          **VICTOR MANUEL TORRES**
                                          Attorney for Mr. MACLEAN