UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0100-LAB |
| Plaintiff, | **ORDER TO SHORTEN TIME** |
| v. | |
| ALEXANDERWALLACE MACLEAN, | |
| Defendant. | |

Motion to Shorten Time having been made in the above-referenced matter, the Court being fully advised and good cause appearing therefor:

IT IS HEREBY ORDERED that the time for filing Defendant's Motion for Downward Departure, shall be shortened to FIVE (5) days, before the sentencing hearing currently set on June 9, 2008.

SO ORDERED.

DATED: June 3, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

06cr1242-11-DMS: ORDER SHORTENING TIME