UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>ALEXANDERWALLACE MACLEAN,   )<br>   )<br>            Defendant.   )<br>_____ ) | CASE NO. 08CR0100-LAB<br><br>ORDER TO SHORTEN TIME |

Motion to Shorten Time having been made in the above-referenced matter, the Court being fully advised and good cause appearing therefor:

IT IS HEREBY ORDERED that the time for filing Defendant's Objections to Presentence Report, in the above-referenced matter be shortened to five (5) days prior to the June 9, 2008 sentencing hearing.

SO ORDERED.

DATED:  June 3, 2008

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge

06cr1242-11-DMS: ORDER SHORTENING TIME