1 | KAREN P. HEWITT
United States Attorney
2 | GREGORY F. NOONAN
Assistant U.S. Attorney
3 | California State Bar No. Pending
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | 619 557-5790   (Telephone)/619 557-5551 (Fax)
Email: gregory.noonan@usdoj.gov
6 |
Attorneys for Plaintiff
7 | United States of America

8 |              UNITED STATES DISTRICT COURT

9 |              SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    )    Criminal Case No.   08CR0100-LAB
                                 )
11 |             Plaintiff,       )
                                 )    NOTICE OF APPEARANCE
12 |        v.                    )
                                 )
13 | ALEXANDER WALLACE MACLEAN   )
                                 )
14 |             Defendant.       )
                                 )
15 |

16 | TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17 |        I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

18 | above-captioned case.

19 |        I certify that I am admitted to practice in this court or authorized to practice under

20 | CivLR 83.3.c.3-4.

21 |        The following government attorneys (who are admitted to practice in this court or authorized

22 | to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23 | for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

24 | case.

25 |        1.    None.

26 | //

27 | //

28 | //

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2 <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

3 Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4     1.    NONE

5     Please feel free to call me if you have any questions about this notice.

6     DATED: June 5, 2008.

7     KAREN P. HEWITT
    United States Attorney

8

9

10     <u>s/Gregory F. Noonan</u>
    GREGORY F. NOONAN
    Assistant U.S. Attorney

27 Notice of Appearance     08CR0100-LAB
United States v. Alexander Wallace MacLean

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                        )<br>                     Plaintiff,              )<br>                                                        )<br>           v.                                        )<br>                                                        )<br>ALEXANDER WALLACE MACLEAN  )<br>                                                        )<br>                     Defendant.          )<br>_____ ) | Criminal Case No.   08CR0100-LAB<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Victor M. Torres, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on June 5, 2008.

                                                                    s/Gregory F. Noonan
                                                                    GREGORY F. NOONAN
                                                                    Assistant U.S. Attorney

Notice of Appearance                                                                                              08CR0100-LAB
United States v. Alexander Wallace MacLean