# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Alexander Wallace Maclean )
)

CASE NUMBER __08CR100-LAB__

ABSTRACT OF ORDER

Booking No. __0670829 8__

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/9/08__

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

__✓__ Defendant remanded and ( __✓__ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other_____

LARRY A. BURNS

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT
OR

W. ~~SAMUEL HAMRICK, JR.~~ ~~Clerk~~
by
Deputy Clerk
T. WASHAM

Received _____ DUSM

Crim-9  (Rev 6-95)                   ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY